UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY TAMAKLOE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>VERTEX AEROSPACE, LLC,<br><br>　　　　Defendant. | Case No.  1:24-cv-00053-NODJ-CDB<br><br>ORDER ON STIPULATION EXTENDING TIME TO RESPOND TO PLAINTIFF'S COMPLAINT<br><br>(Doc. 7) |

　　Plaintiff Larry Tamakloe ("Plaintiff") initiated this action with the filing of a complaint on January 10, 2024.  (Doc. 1.)  The parties previously stipulated to extend the deadline for Defendant Vertex Aerospace, LLC ("Vertex")' to respond to the complaint pursuant to Local Rule 144(a).  (Doc. 5).  Pending before the Court is the parties' second stipulation to extend Vertex's time to respond to Plaintiff's complaint.  (Doc. 7).

　　In light of the parties' stipulation and good cause appearing, IT IS HEREBY ORDERED that the time by which Defendant Vertex Aerospace, LLC, shall respond to the complaint is extended up to and including April 4, 2024.

IT IS SO ORDERED.

　　Dated:   **February 29, 2024**　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE