UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY TAMAKLOE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>VERTEX AEROSPACE, LLC,<br><br>　　　　　Defendant. | Case No.　1:24-cv-00053-KES-CDB<br><br>ORDER ON STIPULATION CONTINUING SCHEDULING CONFERENCE<br><br>(Doc. 29) |

　　　　Pending before the Court is the parties' joint stipulated request to continue the scheduling conference, from August 14, 2025 to August 28, 2025.  (Doc. 29).  The parties represent that Plaintiff's counsel is required to attend a hearing in-person in Riverside, California, on August 14, 2025, at 9:30 a.m., regarding another matter before the Central District of California, *Jose Garcia Tovar v. KeHe Distributors, Inc.*, Case No. 5:24-cv-1217 KK (SHKx).  Additionally, the parties represent that Plaintiff's counsel has a preplanned vacation from August 18, 2025, to August 22, 2025.  (Doc. 29 at 3).

　　　　In light of the stipulation and good cause appearing, IT IS HEREBY ORDERED that the scheduling conference set for August 14, 2025 (Doc. 24), is continued to **September 3, 2025, at 10:30 a.m.**  Though the parties previously filed a joint scheduling report on March 29, 2024 (Doc. 11), considering the passage of time and the changed posture of the case, the parties are DIRECTED to file an updated joint scheduling report one (1) full week prior to the scheduling

1  conference (*i.e.*, no later than August 21, 2025) in compliance with the procedures set forth in the
2  Order Setting Mandatory Scheduling Conference.  *See* (Doc. 3).
3  IT IS SO ORDERED.

    Dated:  **August 8, 2025**                    _____
                                              UNITED STATES MAGISTRATE JUDGE

2